

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 7, 2024

**BY EMAIL**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Ferdinan Quinones*, 24 Mag. 1413, 24 Cr. 364 (MKV)

Dear Judge Vyskocil:

The Government respectfully submits this letter, with the consent of defense counsel, to request that the complaint in the above-referenced matter be unsealed. On April 10, 2024, the defendant was arrested and presented on charges contained in a sealed complaint numbered 24 Mag. 1413. That same day, at the parties' request, Chief Magistrate Judge Netburn ordered the complaint and related docket entries remain filed under seal. Subsequently, on May 6, 2024, Magistrate Judge Stein signed an order of continuance extending the preliminary hearing date in this case for an additional thirty days and granting continued sealing for the same reasons articulated in Judge Netburn's order. On June 6, 2024, the grand jury returned Indictment 24 Cr. 364 (MKV) charging the defendant with the same offenses contained in the complaint.

Because the circumstances that justified Judge Netburn's and Judge Aaron's prior sealing orders are no longer present, the Government respectfully requests that this Court order the complaint and the minute entries reflecting the defendant's arrest and presentment be unsealed. The Government respectfully requests that Judge Netburn's April 10, 2024 order, Judge Stein's May 6, 2024 order, and the parties' applications seeking those two orders remain under seal. The Government understands that defense counsel, David Cohen, Esq., consents to this application.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Maurene Comey
Assistant United States Attorneys
Southern District of New York
212-637-2324

**Granted. SO ORDERED.**

Date: June 10, 2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

cc: David Cohen, Esq. (by email)