```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

FERDINAN QUINONES,
                    Defendant.

24-cr-364 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On February 10, 2025, the parties jointly wrote to the Court, via email to Chambers, to request that the Court schedule a change of plea hearing for February 28, 2025.  The parties attached a copy of a signed plea agreement to that email.  As such, on February 28, 2025, the Court began a change of plea proceeding in this matter, having prepared to advise the defendant of the nature and potential consequences of the agreement the parties had sent the Court.  However, at that proceeding, the parties advised the Court for the first time that the essential terms of their agreement had changed.  Although counsel represented that the parties had signed the new agreement as long as two weeks ago, the parties provided the Court with a copy of their new agreement for the first time at the February 28, 2025 proceeding.

      Rule 4(B) of the Court's Individual Rules of Practice in Criminal Cases clearly state that parties must provide the Court with a copy of their plea agreement "no later than three business days before the scheduled plea."  Accordingly, IT IS HEREBY ORDERED that the change of plea hearing is ADJOURNED to March 13, 2025 at 11:00 a.m.

      IT IS FURTHER ORDERED that all time under the Speedy Trial Act is excluded from today's date through March 13, 2025 on the consent of the parties and in the interests of justice.

The parties are on notice that further failure to comply with the Court's Individual Rules may result in sanctions.

**SO ORDERED.**

**Date: February 28, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**