**COHEN FORMAN BARONE, PC**
AN EXPERIENCED LAW FIRM

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE | BENJAMIN L. SIMPSON |
|---|---|---|---|
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com | ben@cfblaw.com |

RAOUL FELDER
OF COUNSEL

LABE M. RICHMAN
OF COUNSEL

June 23, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2025
```

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Ferdinand Quinones, 24 Cr. 364 (MKV)**

Dear Judge Vyskocil:

      As counsel for defendant, Ferdinand Quinones, I write to respectfully request a thirty (30) adjournment of the sentencing hearing, currently scheduled for July 17, 2025 in connection with the above-referenced matter.

      The defendant has an open state court bench warrant from January 25, 2024. *See PSR. § 42.* The charge is an attempted assault in the first degree. Defense counsel has contacted the state court district attorney's office in an attempt to retrieve a copy of their file, while also trying to get in touch with Mr. Quinones' state court attorney to determine the relative merits of the case and whether the case will be pursued, or, is it being dismissed. Defense counsel understands this information will be part of the questioning from the Court at Mr. Quinones' sentencing in the SDNY.

      We are requesting a thirty-day (30) adjournment while we try to resolve the matter herein, and to incorporate the information provided into our sentencing memo.

      Neither probation nor the government have an objection to this adjournment.

      Thank you for Your Honor's consideration of this request.

Respectfully submitted,

//s//David Jason Cohen//s//
David Jason Cohen
Cohen Forman Barone, PC
950 Third Avenue
New York, NY 10022

---

**Granted. SO ORDERED.** The sentencing is ADJOURNED to August 26, 2025 at 11:00 a.m.

Date: June 23, 2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

---